UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

## 10-CV-20589-LENARD/TURNOFF

TIFFANY N. THORNE,

     Plaintiff,

v.

GULF COAST COLLECTION BUREAU, INC.,

     Defendant.

_____/

```
FILED by    GM    D.C.
ELECTRONIC

FEB 25, 2010

STEVEN M. LARIMORE
CLERK  U.S.  DIST.  CT.
S.D.  OF  FLA. · MIAMI
```

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, TIFFANY N. THORNE, is a natural person, and citizen of the State of Florida, residing in Dade County, Florida.

4.      Defendant, GULF COAST COLLECTION BUREAU, INC., is a corporation and citizen of the State of Florida with its principal place of business at 5630 Marquesas Circle, Sarasota, Florida 34233.

5.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.      Defendant regularly collects or attempts to collect debts for other parties.

7.      Defendant is a "debt collector" as defined in the FDCPA.

8.      Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.      Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.      Defendant left the following messages on Plaintiff's voice mail on or about the dates stated:

February 23, 2009 – Pre-Recorded Message
This message is for Tiffany N. Thorne, if you are not Tiffany N. Thorne please hang up or disconnect, if you are Tiffany N. Thorne please continue to listen to this message. By continuing to listen to this message you acknowledge that you are Tiffany N. Thorne. Tiffany N. Thorne should not listen to this message so that other people can hear it, as it contains personal and private information. There will now be a 3 second pause in this message, to allow you to listen to this message in private. Please return this call to Roy Dillard from Gulf Coast Collection Bureau, please call 877-827-4820 and ask for file number S90821.

2

<u>March 2, 2009 – Pre-Recorded Message</u>
This message is for Tiffany N. Thorne, if you are not Tiffany N. Thorne please hang up or disconnect, if you are Tiffany N. Thorne please continue to listen to this message. By continuing to listen to this message you acknowledge that you are Tiffany N. Thorne. Tiffany N. Thorne should not listen to this message so that other people can hear it, as it contains personal and private information. There will now be a 3 second pause in this message, to allow you to listen to this message in private. Please return this call to Roy Dillard from Gulf Coast Collection Bureau, please call 877-827-4820 and ask for file number S90821.

<u>March 5, 2009 – Pre-Recorded Message</u>
This message is for Tiffany N. Thorne, if you are not Tiffany N. Thorne please hang up or disconnect, if you are Tiffany N. Thorne please continue to listen to this message. By continuing to listen to this message you acknowledge that you are Tiffany N. Thorne. Tiffany N. Thorne should not listen to this message so that other people can hear it, as it contains personal and private information. There will now be a 3 second pause in this message, to allow you to listen to this message in private. Please return this call to Roy Dillard from Gulf Coast Collection Bureau, please call 877-827-4820 and ask for file number S90821.

<u>April 7, 2009 – Pre-Recorded Message</u>
This message is for Tiffany N. Thorne, if you are not Tiffany N. Thorne please hang up or disconnect, if you are Tiffany N. Thorne please continue to listen to this message. By continuing to listen to this message you acknowledge that you are Tiffany N. Thorne. Tiffany N. Thorne should not listen to this message so that other people can hear it, as it contains personal and private information. There will now be a 3 second pause in this message, to allow you to listen to this message in private. Please return this call to Roy Dillard from Gulf Coast Collection Bureau, please call 877-827-4820 and ask for file number S90821.

<u>April 14, 2009 – Pre-Recorded Message</u>
This message is for Tiffany N. Thorne, if you are not Tiffany N. Thorne please hang up or disconnect, if you are Tiffany N. Thorne please continue to listen to this message. By continuing to listen to this message you acknowledge that you are Tiffany N. Thorne. Tiffany N. Thorne should not listen to this message so that other people can hear it, as it contains personal

3

and private information. There will now be a 3 second pause in this message, to allow you to listen to this message in private. Please return this call to Roy Dillard from Gulf Coast Collection Bureau, please call 877-827-4820 and ask for file number S90821.

April 21, 2009 – Pre-Recorded Message
This message is for Tiffany N. Thorne, if you are not Tiffany N. Thorne please hang up or disconnect, if you are Tiffany N. Thorne please continue to listen to this message. By continuing to listen to this message you acknowledge that you are Tiffany N. Thorne. Tiffany N. Thorne should not listen to this message so that other people can hear it, as it contains personal and private information. There will now be a 3 second pause in this message, to allow you to listen to this message in private. Please return this call to Roy Dillard from Gulf Coast Collection Bureau, please call 877-827-4820 and ask for file number S90821.

April 28, 2009 – Pre-Recorded Message
This message is for Tiffany N. Thorne, if you are not Tiffany N. Thorne please hang up or disconnect, if you are Tiffany N. Thorne please continue to listen to this message. By continuing to listen to this message you acknowledge that you are Tiffany N. Thorne. Tiffany N. Thorne should not listen to this message so that other people can hear it, as it contains personal and private information. There will now be a 3 second pause in this message, to allow you to listen to this message in private. Please return this call to Roy Dillard from Gulf Coast Collection Bureau, please call 877-827-4820 and ask for file number S90821.

May 5, 2009 – Pre-Recorded Message
This message is for Tiffany N. Thorne, if you are not Tiffany N. Thorne please hang up or disconnect, if you are Tiffany N. Thorne please continue to listen to this message. By continuing to listen to this message you acknowledge that you are Tiffany N. Thorne. Tiffany N. Thorne should not listen to this message so that other people can hear it, as it contains personal and private information. There will now be a 3 second pause in this message, to allow you to listen to this message in private. Please return this call to Roy Dillard from Gulf Coast Collection Bureau, please call 877-827-4820 and ask for file number S90821.

4

<u>May 13, 2009 – Pre-Recorded Message</u>
This message is for Tiffany N. Thorne, if you are not Tiffany N. Thorne please hang up or disconnect, if you are Tiffany N. Thorne please continue to listen to this message. By continuing to listen to this message you acknowledge that you are Tiffany N. Thorne. Tiffany N. Thorne should not listen to this message so that other people can hear it, as it contains personal and private information. There will now be a 3 second pause in this message, to allow you to listen to this message in private. Please return this call to Roy Dillard from Gulf Coast Collection Bureau, please call 877-827-4820 and ask for file number S90821.

<u>May 28, 2009 – Pre-Recorded Message</u>
This message is for Tiffany N. Thorne, if you are not Tiffany N. Thorne please hang up or disconnect, if you are Tiffany N. Thorne please continue to listen to this message. By continuing to listen to this message you acknowledge that you are Tiffany N. Thorne. Tiffany N. Thorne should not listen to this message so that other people can hear it, as it contains personal and private information. There will now be a 3 second pause in this message, to allow you to listen to this message in private. Please return this call to Roy Dillard from Gulf Coast Collection Bureau, please call 877-827-4820 and ask for file number S90821.

<u>June 2, 2009 – Pre-Recorded Message</u>
This message is for Tiffany N. Thorne, if you are not Tiffany N. Thorne please hang up or disconnect, if you are Tiffany N. Thorne please continue to listen to this message. By continuing to listen to this message you acknowledge that you are Tiffany N. Thorne. Tiffany N. Thorne should not listen to this message so that other people can hear it, as it contains personal and private information. There will now be a 3 second pause in this message, to allow you to listen to this message in private. Please return this call to Roy Dillard from Gulf Coast Collection Bureau, please call 877-827-4820 and ask for file number S90821.

<u>June 9, 2009 – Pre-Recorded Message</u>
This message is for Tiffany N. Thorne, if you are not Tiffany N. Thorne please hang up or disconnect, if you are Tiffany N. Thorne please continue to listen to this message. By continuing to listen to this message you acknowledge that you are Tiffany N. Thorne. Tiffany N. Thorne should not listen to this message so that other people can hear it, as it contains personal and private information. There will now be a 3 second pause in this message,

5

to allow you to listen to this message in private. Please return this call to Roy Dillard from Gulf Coast Collection Bureau, please call 877-827-4820 and ask for file number S90821.

June 23, 2009 – Pre-Recorded Message

This message is for Tiffany N. Thorne, if you are not Tiffany N. Thorne please hang up or disconnect, if you are Tiffany N. Thorne please continue to listen to this message. By continuing to listen to this message you acknowledge that you are Tiffany N. Thorne. Tiffany N. Thorne should not listen to this message so that other people can hear it, as it contains personal and private information. There will now be a 3 second pause in this message, to allow you to listen to this message in private. Please return this call to Roy Dillard from Gulf Coast Collection Bureau, please call 877-827-4820 and ask for file number S90821.

July 15, 2009 – Pre-Recorded Message

This message is for Tiffany N. Thorne, if you are not Tiffany N. Thorne please hang up or disconnect, if you are Tiffany N. Thorne please continue to listen to this message. By continuing to listen to this message you acknowledge that you are Tiffany N. Thorne. Tiffany N. Thorne should not listen to this message so that other people can hear it, as it contains personal and private information. There will now be a 3 second pause in this message, to allow you to listen to this message in private. Please return this call to Roy Dillard from Gulf Coast Collection Bureau, please call 877-827-4820 and ask for file number S90821.

11.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.     The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

6

13.     Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages.

14.     Defendant knew it was required to communicate its status as a debt collector and the purpose of its call in telephone messages to Plaintiff.

**COUNT I**
**FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR**

15.     Plaintiff incorporates Paragraphs 1 through 13.

16.     Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

   a.     Damages;

   b.     Attorney's fees, litigation expenses and costs of suit; and

   c.     Such other or further relief as the Court deems proper.

**COUNT II**
**FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY**

17.     Plaintiff incorporates Paragraphs 1 through 13.

7

18.     Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See _Valencia v The Affiliated Group, Inc_., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.     Damages;

    b.     Attorney's fees, litigation expenses and costs of suit; and

    c.     Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

19.     Plaintiff incorporates Paragraphs 1 through 13.

20.     Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See _Sanchez v. Client Servs_., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

8

    a.      Damages;

    b.      Attorney's fees, litigation expenses and costs of suit; and

    c.      Such other or further relief as the Court deems proper.

**COUNT IV**
**ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE**
**FLORIDA CONSUMER COLLECTION PRACTICES ACT**

21.    Plaintiff incorporates Paragraphs 1 through 13.

22.    Defendant asserted the right to collect a debt by leaving telephone messages for Plaintiff without disclosing that it is a debt collector and the purpose of its communications when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.      Damages;

    b.      Attorney's fees, litigation expenses and costs of suit;

    c.      declaring that Defendant's practices violate the FCCPA;

    d.      permanently injoining Defendant from engaging in the complained of practices; and

    e.      Such other or further relief as the Court deems proper.

**COUNT V**
**HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER**
**COLLECTION PRACTICES ACT**

9

23.     Plaintiff incorporates Paragraphs 1 through 13.

24.     By failing to disclose that it is a debt collector and the purpose of its communication, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.     Damages;

      b.     Attorney's fees, litigation expenses and costs of suit;

      c.     declaring that Defendant's practices violate the FCCPA;

      d.     permanently injoining Defendant from engaging in the complained of practices; and

      e.     Such other or further relief as the Court deems proper.

## **JURY DEMAND**

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

By: s/ Donald A. Yarbrough

10

Donald A. Yarbrough, Esq.
Florida Bar No. 0158658